FILED
United States Court of Appeals
Tenth Circuit

October 21, 2016

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

LAWRENCE M. MEADOWS,

    Plaintiff - Appellant,

v.

ALLIED PILOTS ASSOCIATION, et al.,

    Defendants - Appellees.

No. 15-4139
(D.C. No. 2:14-CV-00115-DS)
(D. Utah)

_____

**ORDER**
_____

    This matter is before the court on *Appellant Lawrence M. Meadows' Fourth Status Update and Second Motion Requesting Partial Remand*.

    Upon consideration, the abatement of this appeal is continued. **Within 60 days** from the date of this order, Mr. Meadows shall file another written report advising this court as to the status of his challenge to the bankruptcy court's May 16, 2016 order. If the bankruptcy court rules before that time, Mr. Meadows shall notify this court in writing forthwith.

    The motion for partial remand is again denied without prejudice. When the district court lacks authority to grant a motion due to a pending appeal, the district may nevertheless defer consideration of the motion or deny the motion without a remand from this court. *See* Fed. R. Civ. P. 62.1(a)(1) and (2). Remand for the district court to rule on Mr. Meadows' pending motions is not procedurally proper unless the district court first

states that it would grant relief if the appeal were remanded for that purpose. *See* Fed. R. Civ. P. 62.1.(a); *see also* Fed. R. App. P. 12.1(b).

>
> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> *[signature]*
>
> by: Jane K. Castro
>    Counsel to the Clerk