**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 18, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

―――――――――――――――――――――

LAWRENCE M. MEADOWS,

    Plaintiff - Appellant,

v.

ALLIED PILOTS ASSOCIATION, et al.,

    Defendants - Appellees.

No. 15-4139

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

    This matter is before the court on Appellant's *Fifth Status Update*, in which Appellant states (1) the bankruptcy court denied his motion for reconsideration on October 21, 2016; and (2) he intends to appeal the bankruptcy court's ruling. Accordingly, Appellant asks that this court continue the abatement of these proceedings pending this outcome of that appeal.

    Upon consideration, the abatement of this appeal shall continue. On or before January 20, 2017, Appellant shall file another written report advising this court as to the status of his challenge to the bankruptcy court's May 16, 2016 Order. If the challenge is

resolved prior to that time, Appellant shall notify this court in writing forthwith.

                                            Entered for the Court,

                                            ELISABETH A. SHUMAKER, Clerk

                                            by: Chris Wolpert
                                                Chief Deputy Clerk