UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| LAWRENCE M. MEADOWS,<br><br>Plaintiff – Appellant,<br>v.<br><br>ALLIED PILOTS ASSOCIATION; and,<br>AMERICAN AIRLINES, INC.,<br><br>Defendants – Appellees. | Case No. 15-4139<br><br>On Appeal from the U.S. District<br>Court for the District of Utah<br><br>No. 2:14-cv-00115 |

## APPELLANT LAWRENCE M. MEADOWS' SIXTH STATUS UPDATE

Pursuant this Court's Order dated November 18, 2016 (Doc. 01019724166), which continued to abate these proceedings, Appellant Lawrence M. Meadows ("Meadows") hereby files this *Sixth Status Update*.

Meadows previously informed this honorable Court, that on October 21, 2016, Judge Sean Lane of the U.S. Bankruptcy Court SDNY, entered an Order Denying Motion For Reconsideration of the bankruptcy court's prior Order to Enforce the Plan Against Lawrence M. Meadows. (Exhibit A). At this juncture Meadows continues to be enjoined from proceeding with his appeal of grievance 13-064 in these instant proceedings. However, under the Bankruptcy Code Meadows is entitled to two levels of appeal, first to the SDNY district court, and second to the 2nd Circuit Court of Appeals. Meadows strongly disagrees with

Judge Lanes decision, and has grounds for appeal. Accordingly, on November 4, 2016, he timely filed a Notice of Appeal of Judge Lane's Order, to the U.S. District Court SDNY.

Since, Meadows last update, his first level of appeal was docketed, as *Meadows v. AMR Corp.* (SDNY, Case No.1:16-cv-09429-ALC, Dec.6, 2016). Wherein, that court recently issued an Memo Endorsed Order setting the Appellants Briefing Deadline for 2/27/2017, and the Appelle's brief due on 5/15/2017. (Exhibit A).

Thus, Meadows right to appeal grievance 13-064 in this matter will continue to remain controverted for quite some time. Therefore, Meadows respectfully request that these proceedings continue to be abated pending full exhaustion of Meadows' appellate remedies.

Dated: this 20h day of January, 2017;                    Respectfully Submitted,

Lawrence M. Meadows
Pro Se – Appellant
PO Box 4344
Park City, UT 84060
516-982-7718
435-604-7850 (fax)
lawrencemeadows@yahoo.com

# CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Appellant hereby certify,** that a true and correct copy of the foregoing was served by U.S. Mail and E-mail on January 23, 2017, on all counsel or parties of record on the Service List below.

_____
Signature of Filer

# SERVICE LIST

**Attorneys for Defendant – Appellee American Airlines, Inc.**

Mark W. Robertson
Daniel J. Franklin
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
mrobertson@omm.com

James M. Barrett
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR 97201
james.barrett@ogletreedeakins.com

**Attorneys for Defendant-Appellee Allied Pilots Association**

Arthur F. Sandack
8 E BROADWAY STE 411
SALT LAKE CITY, UT 84111

(801)595-1300
Email: asandack@msn.com


Steven K. Hoffman
Darin M. Dalmat
JAMES & HOFFMAN, P.C.
1130 Connecticut Avenue, NW
Suite 950
Washington, DC 20036
Telephone: 202-496-0500
Facsimile: 202-496-0555
*skhoffman@jamhoff.com*
*dmdalmat@jamhoff.com*

# **EXHIBIT A**

**MEMO ENDORSED**

RECEIVED
SDNY PRO SE OFFICE

2016 DEC 28 PM 12: 26

S.D. OF N.Y.

December 27, 2016

Lawrence M. Meadows, Pro Se
P.O. Box 4344
Park City, UT 84060
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-4-17

**Via FedEx to ECF Clerk and Email to Chambers**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: *Lawrence M. Meadows v. AMR Corporation, et al.;(Case No. 1:16-cv-09429-ALC)*

Dear Judge Carter,

I am the Pro Se Appellant in the above referenced matter. I write pursuant to Rule 1.A and D. of your Honor's Individual Rules of Practice, to respectfully request an extension of the Appellant's scheduled Brief date of 1/13/2017 and Appellees' respective briefing deadlines.

Last week, I conferred with Appellees' counsel who mutually agreed to extend our respective briefing deadlines by 45 days each. Specifically, Appellees' counsel, *"agree to 45-day extension of the deadlines for the Appellant (Meadows) and the Appellees (AMR Corp.)"*, and that, *"the new proposed deadlines should be as follows: (i) February 27, 2017 is the deadline to file the Appellant's brief and (ii) May 15, 2017 (March 29, 2017 + corresponding 45-day extension) is the deadline to file the Appellees' brief."* Other than this instant request, no

COPIES MAILED

previous extensions of the above-referenced deadlines have been requested. Other than as described above, the extension will not affect any other scheduled dates in the case.

Therefore, the Appellant respectfully requests the Court's consideration and accommodation to allow for a 45-day extension of both party's briefing deadlines as described above.

Respectfully Requested,

Lawrence M. Meadows
Pro Se - Appellant

cc: Stephen A Youngman, Esq. (via email and 1st Class Mail).

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

1-4-17

**FedEx Airbill (handwritten)**

- **Date:** 1/23/17
- **Sender's Name:** Lawrence Meadows
- **Phone:** 516-982-77[__]
- **Company:** Case No. 15-4139
- **Address:** 515 Woodside Ave
- **City:** Park City **State:** UT **ZIP:** 84060

- **Recipient's Name:** 10th Circuit Court/Appeal, Phone 303-844-3157
- **Company:** Byron White U.S. Court House
- Attn: Clerk of Court
- **Address:** 1823 Stout St
- **City:** Denver **State:** CO **ZIP:** 80257

**FedEx shipping label:**
- TRK# 8045 5594 9070
- WED – 25 JAN 10:30A PRIORITY OVERNIGHT
- XH DENA
- 80257 CO-US DEN
- FID 301649 24JAN17 MPBA 539C1/1997/0C8A

644