FILED
United States Court of Appeals
Tenth Circuit

January 25, 2017

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

LAWRENCE M. MEADOWS,

    Plaintiff - Appellant,

v.

ALLIED PILOTS ASSOCIATION, et al.,

    Defendants - Appellees.

No. 15-4139

_____

## ORDER
_____

    This matter is before the court on Appellant's *Sixth Status Update*, in which Appellant states that he filed an appeal of the bankruptcy court's decision with the United States District Court for the Southern District of New York and that his brief in that appeal is now due February 27, 2017. Appellant requests that this court continue the abatement of proceedings pending his appeal before the Southern District of New York.

    Upon consideration, the abatement of proceedings shall continue. On or before March 27, 2017, Appellant shall file another written report advising this court as to the status of his appeal of the bankruptcy court's May 16, 2016 Order. If that appeal is resolved before March 27, 2017, Appellant shall notify this court in writing forthwith.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk

    by: Lindy Lucero Schaible
    Counsel to the Clerk