# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

March 29, 2017

Chris Wolpert
Chief Deputy Clerk

Mr. Lawrence M. Meadows
P.O. Box 4344
Park City, UT 84060

**RE:** 15-4139, Meadows v. Allied Pilots Association, et al
Dist/Ag docket: 2:14-CV-00115-DS

Dear Appellant:

You have failed to comply with the court's order filed on January 25, 2017. Your status report was due on or before March 27, 2017 and has not been filed.

Please correct the stated deficiency within 10 days of the date of this notice. Please note that if the document is not filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:  Darin Dalmat
     Daniel J. Franklin
     Steven K. Hoffman
     Mark Wayne Robertson

EAS/sls