UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| LAWRENCE M. MEADOWS,<br><br>Plaintiff – Appellant,<br>v.<br><br><br>ALLIED PILOTS ASSOCIATION; and,<br>AMERICAN AIRLINES, INC.,<br><br>Defendants – Appellees. | **Case No. 15-4139**<br><br><br><br>On Appeal from the U.S. District<br>Court for the District of Utah<br><br>No. 2:14-cv-00115 |

### APPELLANT LAWRENCE M. MEADOWS' SEVENTH STATUS UPDATE

Pursuant this Court's Order dated January 25, 2017 (Doc. 10439113), which continued to abate these proceedings, Appellant Lawrence M. Meadows ("Meadows") hereby files this *Seventh Status Update*.

Meadows previously had informed this honorable Court, that on October 21, 2016, Judge Sean Lane of the U.S. Bankruptcy Court SDNY, entered an Order Denying Motion For Reconsideration of the bankruptcy court's prior Order to Enforce the Plan Against Lawrence M. Meadows. At this juncture Meadows continues to be enjoined from proceeding with his appeal of grievance 13-064 in these instant proceedings. However, under the Bankruptcy Code Meadows is entitled to two levels of appeal, first to the SDNY district court, and second to the 2nd Circuit Court of Appeals. Accordingly, since Meadows strongly disagreed with

the bankruptcy Court's decision, and on November 4, 2016 he timely filed a Notice of Appeal of Judge Lane's Order, to the U.S. District Court SDNY.

Meadows his first level of appeal was docketed, as *Meadows v. AMR Corp.* (SDNY, Case No.1:16-cv-09429-ALC, Dec.6, 2016), and on January 4, 2017 that court recently issued a Memo Endorsed Order setting the Appellants Briefing Deadline for 2/27/2017, and the Appellee's brief due on 5/15/2017. Subsequently, Meadows has timely filed his Appellant's brief, and has enclosed the most recent docketing report in that case. (Exhibit A).

Thus, the current first level of appeal will likely not be resolved until many months after May 27, 2017. Even if that court denies Meadows appeal, he will then be entitled to a second level of appeal to the 2nd Circuit Court of Appeals. Thus, Meadows right to appeal grievance 13-064 in this matter will continue to remain controverted for quite some time. However, while this matter winds its way through the appellate process, Meadows will provide this tribunal with timely status updates as requested or as conditions warrant.

Therefore, until full and final resolution of my appellate remedies, Meadows respectfully request that these proceedings continue to be abated pending full exhaustion of Meadows' appellate

Dated: this 27th day of March, 2017;                    Respectfully Submitted,

_____
Lawrence M. Meadows
Pro Se – Appellant
PO Box 4344
Park City, UT 84060
516-982-7718
435-604-7850 (fax)
lawrencemeadows@yahoo.com

# CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Appellant hereby certify,** that a true and correct copy of the foregoing was served by U.S. Mail and E-mail on March 27, 2017, on all counsel or parties of record on the Service List below.

*[Signature]*
Signature of Filer

# SERVICE LIST

**Attorneys for Defendant – Appellee American Airlines, Inc.**

Mark W. Robertson
Daniel J. Franklin
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
mrobertson@omm.com

James M. Barrett
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR 97201
james.barrett@ogletreedeakins.com

**Attorneys for Defendant-Appellee Allied Pilots Association**

Arthur F. Sandack
8 E BROADWAY STE 411
SALT LAKE CITY, UT 84111
(801)595-1300
Email: asandack@msn.com

Steven K. Hoffman
Darin M. Dalmat
JAMES & HOFFMAN, P.C.
1130 Connecticut Avenue, NW
Suite 950
Washington, DC 20036
Telephone: 202-496-0500
Facsimile: 202-496-0555
*skhoffman@jamhoff.com*
*dmdalmat@jamhoff.com*

# **EXHIBIT A**

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:16-cv-09429-ALC

| | |
|---|---|
| In Re: AMR Corporation | Date Filed: 12/06/2016 |
| Assigned to: Judge Andrew L. Carter, Jr | Jury Demand: None |
| Case in other court: USBC-SDNY, 11-B-15463 (SHL) | Nature of Suit: 422 Bankruptcy Appeal (801) |
| Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | Jurisdiction: Federal Question |

**In Re**

**AMR Corporation**

**Debtor**

**AMR Corporation**

**Appellant**

| | | |
|---|---|---|
| Lawrence M. Meadows | represented by | Lawrence M. Meadows<br>P.O. Box 4344<br>Park City, UT 84060<br>PRO SE |

V.

**Appellee**

| | | |
|---|---|---|
| AMR Corporation | represented by | Alfredo Rey Perez<br>Weil, Gotshal & Manges LLP (TX)<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>(713)-546-5040<br>Fax: (713)-224-9511<br>Email: alfredo.perez@weil.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen Karotkin<br>Weil, Gotshal & Manges LLP (NYC)<br>767 Fifth Avenue, 25th Fl.<br>New York, NY 10153<br>(212) 310-8000<br>Fax: (212) 833-3148<br>Email: stephen.karotkin@weil.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Stephen Andrew Youngman**
Weil, Gotshal & Manges LLP
200 Crescent Court
Dallas, TX 75201
(214)-746-7758
Fax: (214)-746-7777
Email: stephen.youngman@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2016 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Sean H. Lane dated October 21, 2016. Bankruptcy Court Case Numbers: 11-B-15463 (SHL). Certified copies of file received.Document filed by Lawrence M. Meadows.(bkar) (Entered: 12/06/2016) |
| 12/06/2016 | | Magistrate Judge Andrew J. Peck is so designated. (bkar) (Entered: 12/06/2016) |
| 12/06/2016 | | Case Designated ECF. (bkar) (Entered: 12/06/2016) |
| 12/06/2016 | 2 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant Lawrence M. Meadows. (bkar) (Entered: 12/06/2016) |
| 12/06/2016 | 3 | COUNTER DESIGNATION OF BANKRUPTCY RECORD ON APPEAL Document filed by Appellee AMR Corporation. (bkar) (Entered: 12/06/2016) |
| 12/14/2016 | 4 | NOTICE OF RECORD OF APPEAL AVAILABILITY (COMPLETION). Re: 1 Bankruptcy Appeal,. All Documents from the United States Bankruptcy Court - Southern District of New York have been filed with the U.S.D.C. S.D.N.Y. Record of Appeal is Complete and Available Electronically. Appellant Brief due by 1/13/2017. (bkar) (Entered: 12/14/2016) |
| 12/28/2016 | 5 | LETTER addressed to Judge Andrew L. Carter, Jr. from Lawrence M. Meadows, dated 12/27/16 re: Appellant requests that the Court grant him an extension of forty-five days for the appellant's scheduled Brief date of 1/13/17 and the appellees' respective briefing deadlines. Document filed by Lawrence M. Meadows.(sc) (Entered: 12/28/2016) |
| 01/04/2017 | 6 | MEMO ENDORSEMENT on re: 5 Letter, filed by Lawrence M. Meadows. ENDORSEMENT: So ordered., ( Appellant Brief due by 2/27/2017., Appellee Brief due by 5/15/2017.) (Signed by Judge Andrew L. Carter, Jr on 1/4/2017) Copies Mailed By Chambers. (lmb) (Entered: 01/04/2017) |
| 03/07/2017 | 7 | APPELLANT'S OPENING BRIEF. Document filed by Lawrence M. Meadows. Appellee Brief due by 4/6/2017. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(sc) (Entered: 03/08/2017) |
| 03/08/2017 | 8 | |

| | |
|---|---|
| | APPELLANTS' RECORD EXCERPTS APPENDIX VOLUME 4 OF 7. Document filed by Lawrence M. Meadows. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit) (sc) (Entered: 03/17/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/20/2017 16:45:31 | | | |
| PACER Login: | wp1631:3640898:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:16-cv-09429-ALC |
| Billable Pages: | 2 | Cost: | 0.20 |