FILED
United States Court of Appeals
Tenth Circuit

March 30, 2017

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

LAWRENCE M. MEADOWS,

    Plaintiff - Appellant,

v.

ALLIED PILOTS ASSOCIATION, et al.,

    Defendants - Appellees.

No. 15-4139

_____

**ORDER**
_____

This matter is before the court on Appellant Lawrence M. Meadows' *Seventh Status Update*, in which Mr. Meadows states: (1) he filed his opening brief in *Meadows v. AMR Corp.*, Case No. 1:16-cv-09429-ALC (S.D.N.Y.)(the "Bankruptcy Appeal"), challenging the May 16, 2016 order of the United States Bankruptcy Court for the Southern District of New York, which order precluded him from proceeding in this court with his appeal of grievance 13-064; and (2) Appellee's brief in the Bankruptcy Appeal is due May 15, 2017. Mr. Meadows requests that this court continue the abatement of these proceedings pending the outcome of the Bankruptcy Appeal.

Upon consideration, the abatement of this appeal shall continue. On or before May 30, 2017, Mr. Meadows shall file another written report advising this court as to the

status of the Bankruptcy Appeal. If the Bankruptcy Appeal is resolved before then, Mr. Meadows shall notify this court in writing forthwith.

                                    Entered for the Court
                                    ELISABETH A. SHUMAKER, Clerk

                                    by: Lisa A. Lee
                                         Counsel to the Clerk