UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| LAWRENCE M. MEADOWS,<br><br>Plaintiff – Appellant,<br>v.<br><br>ALLIED PILOTS ASSOCIATION; and,<br>AMERICAN AIRLINES, INC.,<br><br>Defendants – Appellees. | **Case No. 15-4139**<br><br>**On Appeal from the U.S. District Court for the District of Utah**<br><br>No. 2:14-cv-00115 |

### APPELLANT LAWRENCE M. MEADOWS' EIGHTH STATUS UPDATE

Pursuant this Court's Order dated March 30, 2017 (Doc. 01019787793), which continued to abate these proceedings, Appellant Lawrence M. Meadows ("Meadows") hereby files this *Eighth Status Update.*

Meadows previously had initially informed this honorable Court, that on October 21, 2016, Judge Sean Lane of the U.S. Bankruptcy Court SDNY, entered an Order Denying Motion For Reconsideration of the bankruptcy court's prior Order to Enforce the Plan Against Lawrence M. Meadows. At this juncture Meadows continues to be enjoined from proceeding with his appeal of grievance 13-064 in these instant proceedings. However, under the Bankruptcy Code Meadows is entitled to two levels of appeal, first to the SDNY district court, and second to the 2nd Circuit Court of Appeals.  Accordingly, since Meadows strongly

1

disagreed with the bankruptcy Court's decision, and on November 4, 2016 he timely filed a Notice of Appeal of Judge Lane's Order, to the U.S. District Court SDNY.

Meadows his first level of appeal was docketed, as *Meadows v. AMR Corp.* (SDNY, Case No.1:16-cv-09429-ALC, Dec.6, 2016), and on January 4, 2017 that court recently issued a Memo Endorsed Order setting the Appellants Briefing Deadline for 2/27/2017, and the Appellee's brief due on 5/15/2017. Subsequently, both the Appellant and Appellees have timely filed their briefings, and that matter is now fully briefed, and pending a hearing/decisions.

Thus, the current first level of appeal will likely not be resolved for many months. Even then, if that court denies Meadows appeal, he will then be entitled to a second level of appeal to the 2nd Circuit Court of Appeals. Thus, Meadows right to appeal grievance 13-064 in this matter will continue to remain controverted for quite some time. However, while this matter winds its way through the appellate process, Meadows will provide this tribunal with timely status updates as requested or as conditions warrant.

Therefore, until full and final resolution of my appellate remedies, Meadows respectfully request that these proceedings continue to be abated.

Dated: this 26th day of May, 2017;                    Respectfully Submitted,

Lawrence M. Meadows
Pro Se – Appellant
PO Box 4344
Park City, UT 84060
516-982-7718
435-604-7850 (fax)
lawrencemeadows@yahoo.com

# CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Appellant hereby certify,** that a true and correct copy of the foregoing was served by U.S. Mail and E-mail on May 26, 2017, on all counsel or parties of record on the Service List below.

_____
Signature of Filer

# SERVICE LIST

**Attorneys for Defendant – Appellee American Airlines, Inc.**

Mark W. Robertson
Daniel J. Franklin
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
mrobertson@omm.com

James M. Barrett
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR 97201
james.barrett@ogletreedeakins.com

**Attorneys for Defendant-Appellee Allied Pilots Association**

Arthur F. Sandack
8 E BROADWAY STE 411
SALT LAKE CITY, UT 84111
(801)595-1300
Email: asandack@msn.com

Steven K. Hoffman
Darin M. Dalmat
JAMES & HOFFMAN, P.C.
1130 Connecticut Avenue, NW
Suite 950
Washington, DC 20036
Telephone: 202-496-0500
Facsimile: 202-496-0555
*skhoffman@jamhoff.com*
*dmdalmat@jamhoff.com*

FedEx Express

TUE - 30 MAY AA
STANDARD OVERNIGHT DSR
80257 CO-US
SC DENA
DEN

TRK# 8032 8751 4204
0200

FID 529263 26MAY17 BTFA 546C1/8734/0C8A

RT 325 B30 FZ
A 4204 05.30
6 15.00

## FedEx Express NEW Package US Airbill

FedEx Tracking Number: 8032 8751 4204
Form ID No. 0200

**1 From**
Date: 5/26/17
Sender's Name: Lawrence Meadows
Phone: 516 982-7718
Company:
Address: 515 Woodside Ave
City: Park City  State: UT  ZIP: 84060

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Clerk of Court
Phone: 303 844 3157
Company: Byron White U.S. Courthouse
Address: 1823 Stout St.
City: Denver  State: CO  ZIP: 80257

**4 Express Package Service**
[X] FedEx Standard Overnight

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling and Delivery Signature Options**
[X] No (dangerous goods)
Direct Signature

**7 Payment** Bill to:
[X] Sender