FILED
United States Court of Appeals
Tenth Circuit

May 31, 2017

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

LAWRENCE M. MEADOWS,

    Plaintiff - Appellant,

v.

ALLIED PILOTS ASSOCIATION, et al.,

    Defendants - Appellees.

No. 15-4139
(D.C. No. 2:14-CV-00115-DS)
(D. Utah)

_____

## ORDER
_____

    This matter comes on for consideration of the appellant's *Eighth Status Update*, in which he states that his appeal from the bankruptcy court decision is fully briefed in the Southern District of New York, No. 1:16-cv-09429-ALC, and is awaiting decision. The appellant asks this court to continue the abatement of this appeal pending the outcome of the matter before the Southern District of New York.

    Upon consideration, this appeal remains abated. On or before July 31, 2017, the appellant shall file another written report advising the court of the status of his case pending before the Southern District of New York. If that court decides the appellant's case prior to that time, the appellant shall notify this court in writing forthwith.

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    by: Ellen Rich Reiter
        Jurisdictional Attorney